MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
genevieve@hennessandhaight.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACHELLE CRUPI, individually, and as Special Administrator, Personal Representative, and heir to the Estate of ALETHA PORCARO, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> THE HEIGHTS OF SUMMERLIN, LLC, a foreign limited liability corporation; SUMMIT CARE, LLC, a foreign limited liability corporation; GENESIS HEALTHCARE, INC., a domestic corporation, LATOYA DAVIS, individually and as Administrator; ANDREW REESE, individually and as Administrator; DOE EMPLOYEES I through X; DOE SERVICE PROVIDERS I through X, DOE GOVERNING MEMBERS I through X; ROE GOVERNING BODIES I through X; and DOES XI through XX; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | CASE NO. 2:21-cv-00954-GMN-DJA <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff Rachelle Crupi, individually, and as Special Administrator, Personal Representative, and heir to the Estate of Aletha Porcaro, deceased, to file its

reply to Defendants' Opposition to Plaintiff's Motion to Remand (ECF No. 34, filed on June 28, 2021), currently due July 5, 2021, be extended through July 12, 2021.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

DATED this 2nd day of July, 2021.

HENNESS & HAIGHT

*/s/  Genevieve Romand, Esq.     *.
MICHAEL D. HAIGHT, ESQ.
Nevada Bar No. 5654
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 2nd day of July, 2021.

MESSNER REEVES LLP

*/s/ Courtney Christopher, Esq.*
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 2547
COURTNEY CHRISTOPHER, ESQ.
Nevada Bar No. 12717
DEREK LINFORD, ESQ.
Nevada Bar No. 14909
8945 West Russel Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants The Heights of Summerlin, LLC, Latoya Davis, Andrew Reese, Summit Care, LLC, and Genesis Healthcare, Inc.*

**IT IS SO ORDERED** *nunc pro tunc.*

Dated this __6__ day of July, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT